NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLDWIDE HOME PRODUCTS, INC.,**
*Plaintiff*

**v.**

**TIME, INC., BED BATH & BEYOND, INC.,
COHESION PRODUCTS INC., SHERRY HANSON,**
*Defendants*

**v.**

**JEFFREY SONNABEND,**
*Movant-Appellant*

---

2015-1550

---

Appeal from the United States District Court for the Southern District of New York in No. 1:11-cv-03633-LTS-MHD, Judge Laura Taylor Swain.

---

**JUDGMENT**

---

JEFFREY SONNABEND, Sonnabend Law, Brooklyn, NY, argued pro se.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (MOORE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 16, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |